UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK LLOYD DAWKINS, | CIVIL ACTION |
| VERSUS | NO. 17-3533 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "R" (4) |

## ORDER AND REASONS

Before the Court is plaintiff Frederick Lloyd Dawkins's motion to indefinitely continue the submission date for defendants' motion for summary judgment and motion *in limine* to exclude the expert testimony of Dr. Jerald Cook.[1] Also before the Court is plaintiff's motion for expedited consideration of his motion to continue the submission dates of defendants' motion for summary judgment and motion *in limine*.[2]

IT IS ORDERED that the motion for expedited consideration is DENIED. IT IS FURTHER ORDERED that plaintiff's motion to continue the submission date of defendants' motions pending the outcome of a sanctions motion filed in *Torres-Lugo v. BP Exploration & Production, Inc.*, No. 20-210 (E.D. La. June 3, 2022) (ECF No. 101) is also DENIED. The Court finds

---

[1] R. Doc. 72.
[2] R. Doc. 73.

that the issues involved in the pending sanctions motion are not outcome determinative of defendants' motion *in limine* on the issue of the admissibility of Dr. Cook's report, or on the merits of defendants' summary judgment motion.

New Orleans, Louisiana, this __27th__ day of June, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE